IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONALD A. BRYANT**                                                      **PLAINTIFF**

v.                      **CASE NO. 4:10CV01978 BSM**

**INTERNAL REVENUE SERVICE**                           **DEFENDANT**

## ORDER

    Plaintiff Donald A. Bryant requests leave to proceed in forma pauperis. [Doc. No. 1]. Because the issues and allegations raised by the complaint were already decided in *Bryant v. Internal Revenue Service*, No. 4:09-CV-00941-BSM, the doctrine of *res judicata* demands that Bryant's motion be denied and that his case be dismissed.

    IT IS SO ORDERED this 6th day of December, 2010.

                                                                                                _____
                                                                           UNITED STATES DISTRICT JUDGE